# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**BRANDON L. BARNES**                                                      **CIVIL ACTION**

**VERSUS**                                                                          **NO. 17-1583**

**ROBERT TANNER**                                                     **SECTION: "E"(1)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge[1], and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation[2] of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Brandon L. Barnes is **DISMISSED WITH PREJUDICE**.

**New Orleans, Louisiana, this 1st day of May, 2018.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 12.
[2] *Id.*